**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810     Facsimile: 602-606-2811

Dennis I. Wilenchik, Esq. #005350
John "Jack" D. Wilenchik, Esq. #029353
Robert J. Dilk, Esq. #035925
Attorneys for Defendant Sue L. McCluskey
admin@wb-law.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No.: 2:20-MJ-05304 -DMF |
|---|---|
| Plaintiff; | |
| v. | **NOTICE OF APPEARANCE AS COUNSEL** |
| IRA JEFFREY GAINES, ERIC J. MILLER, SUE L. MCCLUSKEY, AND DAVID MICHAEL REES, | |
| Defendants. | |

Wilenchik & Bartness, P.C. and its attorneys, including Dennis I. Wilenchik, Jack D. Wilenchik, and Robert J. Dilk, hereby appear as counsel for Defendant Sue L. McCluskey, in this matter. The names, bar numbers, office address, telephone number, fax number, and email address of undersigned counsel are as follows:

Dennis I. Wilenchik, SBN: 005350
John "Jack" D. Wilenchik, SBN: 029353
Robert J. Dilk, SBN: 035925

/ / /

WILENCHIK & BARTNESS, P.C.
2810 North Third Street
Phoenix, Arizona  85004
t:602-606-2810
f:602-606-2811
*admin@wb-law.com*
*diw@wb-law.com*
*jackw@wb-law.com*
*robertd@wb-law.com*

**RESPECTFULLY SUBMITTED** January 4, 2021.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Dennis I. Wilenchik* .
Dennis I. Wilenchik, Esq.
John "Jack" D. Wilenchik, Esq.
Robert J. Dilk, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
Attorneys for Defendant Sue L. McCluskey
*admin@wb-law.com*

### CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2021, I electronically transmitted the foregoing Notice to the Clerk of the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

By: */s/M.Sheridan*