MICHAEL BAILEY
United States Attorney
District of Arizona

MONICA B. KLAPPER
Assistant United States Attorney
Arizona State Bar No. 013755
Monica.Klapper@usdoj.gov

GARY M. RESTAINO
Assistant United States Attorney
Arizona State Bar No. 017450
Gary.Restaino@usdoj.gov

Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4408
Telephone: (602) 514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 20-5304MJ |
| Plaintiff, | **UNITED STATES' NOTICE OF AUTOMATIC EXTENSION OF SPEEDY TRIAL ACT TIME LIMIT** |
| vs. | |
| Ira J. Gaines, | |
| Eric J. Miller, | |
| Sue L. McCluskey, and | |
| David M. Rees, | |
| Defendants. | |

On December 15, 2020, a complaint was lodged charging Defendants with conspiracy and fraud-related offenses.  On or about December 17, 2020, Defendant Gaines was arrested and Defendants Miller, McCluskey, and Reese were each served a summons.  Although 18 U.S.C. § 3161(b) requires an indictment to issue within 30 days from a defendant's arrest or the service of a summons, District of Arizona General Order 20-40 (issued November 19, 2020) suspended all grand jury proceedings scheduled to take place after the week of November 23, 2020, until further order of the Court.  General Order 20-

1  40 was issued to address the same public health concerns related to COVID-19 described in prior general orders.  General Order 20-10 (issued March 13, 2020), for example, first described the public health emergency created by COVID-19, and General Order 20-26 (issued May 28, 2020) outlined limited court operations that would be permitted in light of the pandemic.  General Order 20-40 imposes further restrictions on court operations as necessary for the protection of the public, including the suspension of grand jury proceedings.  A grand jury was last in session in the District of Arizona on November 25, 2020, at 2:30 p.m.  No grand jury has been in session for 30 days following the December 17, 2020, arrest or summons of Defendants in this case.

The Speedy Trial Act automatically provides for an additional 30 days to seek an indictment "when no grand jury has been in session during [the] thirty-day period" following a defendant's arrest or summons.  18 U.S.C. § 3161(b).  No government motion is required.  *See United States v. Mann*, 701 F.3d 274, 284–85 (8th Cir. 2012) ("The plain language of section 3161(b) is unambiguous: where a grand-jury is not in session during the thirty-day period, 'the period of time for filing of the indictment shall be extended an additional thirty days.' 18 U.S.C. § 3161(b). Pursuant to the language of the statute, the extension of time is automatic; no Government motion is required.")

Because no grand jury has been in session in the District of Arizona during the 30 days immediately following the December 17, 2020, arrest or summons of Defendants, the United States provides notice that the indictment deadline is automatically extended for 30 days from its original deadline, or until February 18, 2021, pursuant to 18 U.S.C. § 3161(b).

Respectfully submitted this 19th day of January, 2021.

    MICHAEL BAILEY
    United States Attorney
    District of Arizona

    *s/Monica B. Klapper*
    MONICA B. KLAPPER
    GARY M. RESTAINO
    Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of January, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to all CM/ECF registrants listed as counsel of record.

*s/ Joy Faraj*
U.S. Attorney's Office