# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

USA

**Plaintiff(s)/Petitioner(s),**

vs.

DAVID MICHAEL REES

**Defendant(s)/Respondent(s)**

CASE NO: 2:20-MJ-05304-DMF-4

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)**

**NOTICE:   APPLICATION FEE REQUIRED!**

I, Patrick E. Johnson , hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of DAVID MICHAEL REES .

| | |
|---|---|
| **City and State of Principal Residence:** | Salt Lake City, Utah |
| **Firm Name:** | Cohne Kinghorn |
| **Address:** | 111 E. Broadway   **Suite:** 11th Floor |
| **City:** | Salt Lake City   **State:** UT   **Zip:** 84111 |
| **Firm/Business Phone:** | ( 801 ) 363-4300 |
| **Firm Fax Phone:** | ( 801 ) 363-4378   **E-mail Address:** pjohnson@ck.law |

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| Utah | 10/12/2005 | ☑Yes | ☐ No* |
| US District Court, District of Utah | 10/12/2005 | ☑Yes | ☐ No* |
| US Court of Appeals for the Tenth Circuit | 05/10/2013 | ☑Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No

Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

| | |
|---|---|
| 02/01/2021 | /s/ Patrick E. Johnson |
| **Date** | **Signature of Applicant** |
| **Fee Receipt #** _____ | (Rev. 04/12) |

AO 136

# CERTIFICATE OF GOOD STANDING

# UNITED STATES DISTRICT COURT

District of Utah

I, D. Mark Jones, Clerk of the United States District Court, District of Utah, certify that

## Patrick E. Johnson

Bar #  **10771**, was duly admitted to practice in this Court on 10/12/2005, and is in good standing as a member of the bar of this Court.

Dated at Salt Lake City, Utah
on January 22, 2021



D. Mark Jones
*Clerk*



*(By) Deputy Clerk*

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 1/21/2021

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Patrick E Johnson

This is to certify that Patrick E Johnson, Utah State Bar No. 10771 was admitted to practice law in Utah on 10/12/2005.

Patrick E Johnson is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

Elizabeth A. Wright
General Counsel
Utah State Bar

No.2021 -879262
verify by email at cogsrequest@utahbar.org



THE UNITED STATES OF AMERICA

for the Tenth Circuit

I, Christopher M. Wolpert, Clerk of the United States Court of Appeals for the Tenth Circuit,

**DO HEREBY CERTIFY** that Patrick E. Johnson was

duly admitted to practice before this Court on May 10, 2013,

and is in good standing.  There have been no disciplinary actions instituted in this court.

Dated at Denver, Colorado, on January 25, 2021.

CHRISTOPHER M. WOLPERT

Clerk of Court

By

Deputy Clerk