# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

USA

    Plaintiff(s)/Petitioner(s),

vs.

DAVID MICHAEL REES

    Defendant(s)/Respondent(s)

CASE NO: 2:20-MJ-05304-DMF-4

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

## NOTICE:   APPLICATION FEE REQUIRED!

I, **Paul T. Moxley**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **DAVID MICHAEL REES**.

**City and State of Principal Residence:** Salt Lake City, Utah
**Firm Name:** Cohne Kinghorn
**Address:** 111 E. Broadway **Suite:** 11th Floor
**City:** Salt Lake City **State:** UT **Zip:** 84111
**Firm/Business Phone:** (801) 363-4300
**Firm Fax Phone:** (801) 363-4378 **E-mail Address:** pmoxley@ck.law

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Utah | 09/05/1974 | ✔ Yes ☐ No* |
| US District Court, District of Utah | 09/13/1974 | ✔ Yes ☐ No* |
| US Court of Appeals for the Ninth Circuit | 03/11/2016 | ✔ Yes ☐ No* |

\* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

\* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ✔ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ✔ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

02/01/2021
**Date**

/s/ Paul T. Moxley
**Signature of Applicant**

Fee Receipt # _____

(Rev. 04/12)

AO 136

# CERTIFICATE OF GOOD STANDING

# UNITED STATES DISTRICT COURT

## District of Utah

I, D. Mark Jones, Clerk of the United States District Court, District of Utah, certify that

## Paul T. Moxley

Bar # **2342**, was duly admitted to practice in this Court on 09/13/1974, and is in good standing as a member of the bar of this Court.

Dated at Salt Lake City, Utah
on January 22, 2021



D. Mark Jones
*Clerk*


(By) *Deputy Clerk*

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 1/21/2021

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Paul T Moxley

This is to certify that Paul T Moxley, Utah State Bar No. 2342 was admitted to practice law in Utah on 9/5/1974.

Paul T Moxley is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Elizabeth A. Wright
General Counsel
Utah State Bar

No.2021 -879263
verify by email at cogsrequest@utahbar.org



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Paul T. Moxley was duly admitted to practice in this Court on March 11, 2016 and is in good standing in this Court.

Dated at San Francisco, California on January 25, 2021.

_____
Clerk of the United States Circuit Court of Appeals for the Ninth Circuit