Dennis K. Burke (012076)
burked@ballardspahr.com
Mark S. Kokanovich (021168)
kokanovichm@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:   602.798.5595
*Attorney for Defendant David Michael Rees*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CASE NO. 20-MJ-5304-DMF |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| David Michael Rees, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Dennis K. Burke and Mark S. Kokanovich of the law firm Ballard Spahr LLP enter their appearance in the above-captioned matter on behalf of Defendant David Michael Rees. They will be serving as co-counsel with Paul T. Moxley and Patrick E. Johnson of the Salt Lake City, Utah law firm Cohne Kinghorn, who were separately admitted for this matter.

It is hereby specifically requested that copies of all notices and filings in the above-captioned matter and any related case be sent to:

Dennis K. Burke
Mark S. Kokanovich
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004
Telephone:  (602) 798-5400
Facsimile:  (602) 798-5595
E-mail:  burked@ballardspahr.com
E-mail:  kokanovichm@ballardspahr.com

*///*

*///*

DMWEST #40898715 v1

RESPECTFULLY SUBMITTED this 4th day of February, 2021.

BALLARD SPAHR LLP

By: /s/ Dennis K. Burke
Dennis K. Burke
Mark S. Kokanovich
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
*Attorney for Defendant David Michael Rees*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of February, 2021, I electronically transmitted the foregoing document to the U.S. District Court for the District of Arizona Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Catherine M. Weber

DMWEST #40898715 v1

2