Dennis K. Burke (012076)
burked@ballardspahr.com
Mark S. Kokanovich (021168)
kokanovichm@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:   602.798.5595
*Attorney for Defendant David Michael Rees*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | CASE NO. 20-MJ-5304-DMF |
| vs. | **AFFIDAVIT OF DAVID MICHAEL REES** |
| David Michael Rees, | |
| Defendant. | |

STATE OF ARIZONA   )
                                  ) ss
COUNTY OF MARICOPA)

I, David Michael Rees, being of full age do hereby depose and state as follows:

I affirm that on February 10, 2021 at 12:30 pm, I personally attended via telephone my Initial Appearance proceeding before Magistrate Judge Michelle H. Burns. The communication was clear throughout the proceeding and I understood Judge Burns' instructions and my attorney Dennis Burke' representation on my behalf.

Further, I acknowledge that by 5:00 pm on February 16, 2021, I am to report to the United States Marshal Service in Salt Lake City, Utah for processing.

I also acknowledge that a Status Hearing regarding a Preliminary Hearing in this matter has been set for 2:45 pm on February 17, 2021.

I declare under penalty of perjury of the laws of the State of Arizona that the foregoing is true and correct, and that this Affidavit was executed this 12th day of February, 2021 in Salt Lake City, Utah.

_____
David Michael Rees

SUBSCRIBED AND SWORN to before me this 12th day of February, 2021, by David Michael Rees.

_____
Notary Public

My Commission Expires

MAY 1, 2023



Notary Public - State of Utah
MASHELL PARKS
Comm. #706086
My Commission Expires
May 1, 2023

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

DMWEST #40971160 v1

2