AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>David Michael Rees,<br>*Defendant* | )<br>)<br>)  Case No.  20-MJ-05304-DMF<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date:  02/16/2021

*Defendant's signature*

*Signature of defendant's attorney*

Dennis K. Burke (012076)
*Printed name and bar number of defendant's attorney*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004
*Address of defendant's attorney*

burked@ballardspahr.com
*E-mail address of defendant's attorney*

(602) 798-5484
*Telephone number of defendant's attorney*

(602) 798-5595
*FAX number of defendant's attorney*